# EXHIBIT B

# Employee Proprietary Information and Innovation Agreement

| | |
|---|---|
| Social Security Number | [redacted]-3912 |
| Region/District | ~~050000~~ 05 59 |

**The term "Company" when used in this Agreement includes United Parcel Service, Inc., any of its affiliates, divisions, and/or subsidiaries;**

In consideration of my employment by Company, my salary, wages, increases in salary or wages, or bonuses paid me, any promotions I receive, and/or any training by the Company, employee ("I, me, or my") agrees to the following.

(A) **Confidentiality.**

I agree not to use, publish, or otherwise disclose (except as my job duties may require), either during or subsequent to my employment, any secret* or confidential* information or data of the Company or any information or data of others that the Company is obligated to maintain in confidence;

I further agree not to disclose or use in my work with the Company any secret or confidential information of others (including any prior employers), or any inventions or innovations of my own that are not included within the scope of this Agreement;

I further agree that, as set forth in the UPS Electronic Communications Policy, the Company reserves the right to monitor my Electronic Communications (as defined in the Policy) and access those communications for the purpose of complying with the Policy and this Agreement at UPS's sole discretion;

I will at the Company's request, or upon termination of my employment for any reason deliver to the Company promptly all items in any media that belong to or contain confidential* or secret* information belonging to the Company or that by their nature are for the use of Company employees only, and to destroy or return all copies of such items; and to delete such items from any computers other than Company computers;

(B) **Inventions and Other Technology.**

(i) I agree to disclose and assign, and do hereby assign to the Company (or as the Company may direct) as its exclusive property, all inventions, discoveries, innovations, improvements, trade secrets and technical or business information which I may solely or jointly develop, conceive, reduce to practice or author during the period of my employment, whether or not in existence, (1) that relate to the business or the present or demonstrated or reasonably foreseeable future research or development of the Company, or (2) that result from or are suggested by any work that I may do for the Company, or (3) that are otherwise made through the use of Company time, equipment, supplies, facilities, material or secret* or confidential* information or data. To the extent that any court of competent jurisdiction finds that any provision of this paragraph is unenforceable because it requires the assignment of any invention in contravention of the law or public policy of that jurisdiction, this paragraph shall be interpreted to impose only the maximum permissible assignment obligation; this assignment includes assignment of the right to sue for any past infringements;

(ii) NOTWITHSTANDING ANY PROVISION OF THIS AGREEMENT, I SHALL NOT BE REQUIRED TO ASSIGN, NOR SHALL I BE DEEMED TO HAVE ASSIGNED, ANY RIGHTS IN ANY INVENTION, THAT I DEVELOP ENTIRELY ON MY OWN TIME WITHOUT USING THE COMPANY'S EQUIPMENT, SUPPLIES, FACILITES, OR TRADE SECRET INFORMATION, EXCEPT FOR INVENTIONS THAT EITHER (1) RELATE, AT THE TIME THAT THE INVENTION IS CONCEIVED OR REDUCED TO PRACTICE, TO THE COMPANY'S BUSINESS OR ACTUAL OR DEMONSTRATABLY ANTICIPATED RESEARCH OR DEVELOPMENT OF THE COMPANY; OR (2) RESULT FROM ANY WORK PERFORMED BY ME FOR THE COMPANY;

(C) **Copyright.**

I agree that all original works of authorship, including software, that (solely or jointly with others) are made by me within the scope of my employment and that are protectable by copyright are "works made for hire," as that term is defined in the United States Copyright Act (17 U.S.C. Sec 101) and I further agree, to the extent any such work is determined not to be a "work made for hire," that I will disclose and assign and I hereby assign to the Company (or as the Company may direct) as its exclusive property any such original work of authorship;

(D) **Cooperation.**

I agree to execute, at the Company's request, all necessary papers and to provide proper assistance (at the Company's expense) during and after my employment, to enable the Company to obtain for itself or its nominees, patents, copyrights, or other legal protection for inventions, discoveries, innovations, improvements, original works of authorship, trade secrets, and technical or business information as described in "B(i)" in any and all countries; in the event I am unavailable or unable to execute such documents, I irrevocably appoint the Company as my attorney in fact to execute and file such documents;

I further agree to make and maintain for the Company adequate and current written records as required by the Company of all such inventions, discoveries, innovations, improvements, original works of authorship, trade secrets and technical or business information;

(E) **Scope of Agreement.**

I acknowledge that this Agreement is not an express or implied contract of employment and does not create any contractual rights of any kind between the Company and me. In addition, I understand that this Agreement does not modify my employment relationship, whether at will or governed by contract.

I have set forth in attached Schedule A, which is made a part of the Agreement, a list and written description of all inventions, whether or not patented, if any, owned by me prior to my employment by the Company. These inventions are to be excluded from this Agreement.

This Agreement supersedes and replaces any existing agreement between the Company and me relating generally to the same subject matter.

This Agreement may not be modified or terminated, in whole or part, except in writing signed by an authorized representative of the Company. In the event that any court of competent jurisdiction concludes that any provision (or portion of any provision) of this Agreement is unenforceable because it conflicts with the law or public policy of that jurisdiction, the parties agree that the court should first narrow or otherwise interpret the provision to the extent necessary to conform it to the law or public policy of that jurisdiction. In the event that the court concludes that it is unable to narrow or otherwise interpret the provision so that it is neither invalid, illegal or otherwise unenforceable, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby.

I represent that, except as stated below, I have no agreements with or obligations to others in conflict with this Agreement.

TYPE OR PRINT IN INK

Full Name Giannina Daniel Region/District Code 05159

Social Security Number [redacted]3912

**If you have conflicting agreements or have prior inventions, please check the appropriate box(es) and complete attached Schedule "A."**

☐ I have conflicting agreements. ☐ I have prior inventions.

[signature] (Signed)
Employee's immediate manager or other Appropriate representative of the Company

[signature] (Signed)
(Employee's signature-to include employee's first name in full)

Sales Rep
Employee's Position

07/02/2001
Date

******I understand that these terms are used in the ordinary sense and do not refer to the official security classifications of the United States Government. The Company generally considers "secret" or "confidential" any information or data useful to the Company that is not generally known regardless of whether such information or data is in oral, written, electronic, machine readable or other form. To the extent that "confidential information" of the Company does not also constitute a trade secret, such as, for example, if the information has a useful life of two years or less, I agree not to use or disclose that confidential information during my employment, except as my Company duties may require, and for a period of two years thereafter. When in doubt, I will assume the information or data is secret unless or until the Company instructs me otherwise.* ***Without limitation, examples of information or data that may be of a secret or confidential nature are: customer information, personnel information, drawings, manuals, notebooks, reports, models, inventions, formulas, processes, machine, compositions, computer programs, accounting methods, business methods and/or plans or strategies, and information systems. If I have any questions as to whether particular information is secret or confidential, I will consult the Company's Corporate Legal Department.***